ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                         )
                                                    )
Client Solution Architects, LLC                     )   ASBCA No. 63331
                                                    )
Under Contract No. N00178-05-D-4242 *et al.* )

APPEARANCES FOR THE APPELLANT:        Damien C. Specht, Esq.
                                      Edward Jackson, Esq.
                                      James A. Tucker, Esq.
                                        Morrison & Foerster LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Samuel W. Morris, Esq.
                                        DCMA Chief Trial Attorney
                                      Matthew D. Bordelon, Esq.
                                      Amelia R. Lister-Sobotkin, Esq.
                                        Trial Attorneys
                                        Defense Contract Management Agency
                                        Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 14, 2023

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63331, Appeal of Client Solution Architects, LLC, rendered in conformance with the Board's Charter.

Dated: June 14, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals